**STRECK, INC., Plaintiff–Appellee,**

v.

**RESEARCH & DIAGNOSTIC SYSTEMS, INC. and Techne Corporation, Defendants–Appellants.**

**No. 2011–1044.**

United States Court of Appeals, Federal Circuit.

Jan. 18, 2011.

Before RADER, Chief Judge, FRIEDMAN and LINN, Circuit Judges.

## ON MOTION

FRIEDMAN, Circuit Judge.

## ORDER

Research & Diagnostic Systems, Inc. and Techne Corporation (collectively "Research & Diagnostic Systems") move for a stay, pending disposition of this appeal, of the permanent injunction entered by the United States District Court for the District of Nebraska. Streck, Inc. opposes. Research & Diagnostic Systems replies.

To obtain a stay, pending appeal, a movant must establish a strong likelihood of success on the merits or, failing that, nonetheless demonstrate a substantial case on the merits provided that the harm factors militate in its favor. *Standard Havens Prods. v. Gencor Indus.*, 897 F.2d 511, 513 (Fed.Cir.1990) (citing *Hilton v. Braunskill*, 481 U.S. 770, 778, 107 S.Ct. 2113, 95 L.Ed.2d 724 (1987)). In deciding whether to grant a stay, pending appeal, this court "assesses the movant's chances of success on the merits and weighs the equities as they affect the parties and the public." *E.I. DuPont de Nemours & Co. v. Phillips Petroleum Co.*, 835 F.2d 277, 278 (Fed.Cir. 1987); *see also Standard Havens Prods.*, 897 F.2d at 513.

Based on the arguments in the motions papers, and without prejudicing the ultimate disposition of this case by a merits panel, we determine that Research & Diagnostic Systems has not met its burden to obtain a stay of the permanent injunction.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Any other pending motions are denied as moot.